ROBERT PRITSKER

August 20, 2012

J. Curtis Joyner, Chief Judge
United States District Court for the Eastern District of Pennsylvania
17614 United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Case number 03-6003

Dear Judge Joyner:

According to your Court's Local Rules of Civil Procedure at 5.1.2(4)(b), I seek your permission to register as an ECF Filing User in the ECF system solely for the purpose of future filings in the above-referenced matter.

I would greatly appreciate your considering this request promptly and granting such permission.

Thank you.

Yours truly,

*[signature]*

Robert Pritsker

32 Steephill Road   Weston, CT 06883