IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT PRITSKER | : : : | CIVIL ACTION |
| v. | : : | |
| SODEXHO, INC., et al. | : | NO. 03-cv-6003 |

ORDER

AND NOW, this 6th day of March 2013, upon consideration of Robert Pritsker's letter request regarding the reassignment of this matter to the Honorable J. Curtis Joyner, it is hereby ORDERED that the request is DENIED, since the request seeks internal court communications.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.